| UNITED STATES DISTRICT COURT | USDC SDNY |
| SOUTHERN DISTRICT OF NEW YORK | DOCUMENT ELECTRONICALLY FILED |
| | DOC#: _____ |
| | DATE FILED: 7/31/2020 |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**HEDGES,**

                **Plaintiff,**

    **-against-**

**ALC & CO. LLC,**

                **Defendant.**

**1:20-CV-1756-ALC**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Notice of Voluntary Dismissal. ECF No. 15. The Notice of Voluntary Dismissal is not signed. The Court directs Plaintiff to file a signed version of the Notice of Voluntary Dismissal by or before 8/4/2020.

**SO ORDERED.**

**Dated**:   July 31, 2020
            New York, New York

*[signature]*

**ANDREW L. CARTER, JR.**
**United States District Judge**